IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00388-GPG

RYAN GALLAGHER, Rev. "Sasha,"

    Plaintiff,

v.

NATIONAL SECURITY AGENCY,
RODGERS, Director Admiral,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Rev. Ryan "Sasha" Gallagher, currently resides in Castle Rock, Colorado. On February 15, 2018, he submitted *pro se* a "Complaint/ Request for Review" (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).

On February 20, 2018, Magistrate Judge Gordon P. Gallagher ordered Plaintiff to cure certain designated deficiencies in his Complaint if he wished to pursue his claims in this action. (ECF No. 4). Specifically, the Court directed Plaintiff to submit his Complaint on the court-approved form and to submit an *in forma pauperis* motion that included all of the required financial information. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On March 14, 2018, the copy of Magistrate Judge Gallagher's February 20, 2018 order that was mailed to Plaintiff at his Castle Rock, Colorado address was returned to the Court undelivered. (ECF No. 5).  The returned envelope was marked: "RETURN TO SENDER – NOT DELIVERABLE AS ADDRESSED – UNABLE TO FORWARD." (*Id.*)

Plaintiff has failed to cure the deficiencies as directed within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's February 20, 2018 order.  Therefore, the action will be dismissed without prejudice for failure to prosecute and cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal, he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies and failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  26th  day of    March    , 2018.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court