IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00388-LTB

RYAN GALLAGHER, Rev. "Sasha,"

    Plaintiff,

v.

NATIONAL SECURITY AGENCY,
RODGERS, Director Admiral,

    Defendants.

---

## JUGDMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 26, 2018, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 26 day of March, 2018.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ A. García Gallegos
                    Deputy Clerk